**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00254-CV**
_____

**EMMANUEL ONYEALI, Appellant**

**V.**

**ELIZABETH DAGOGO-ONYEALI, Appellee**

**On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 20-09-11453-CV**

**MEMORANDUM OPINION**

Emmanuel Onyeali, Appellant, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. The Appellee did not file a cross-notice of appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on November 17, 2021
Opinion Delivered November 18, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.